**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FANG FANG,                                           Case No. C05-00128 JCS

        Plaintiff(s),

    v.                                           **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

GEAC ENTERPRISE SOLUTIONS,

        Defendant(s).

_____/

      On June 23, 2005, after the hearing on Defendant's Motion to Compel Arbitration, Plaintiff requested a continuance of the initial case management conference. Defendant had no objection.

      IT IS HEREBY ORDERED THAT:

      1. The joint case management conference statement shall be due by **July 15, 2005.**

      2. The initial case management conference, previously set for July 15, 2005, at 1:30 p.m., has been continued to **July 22, 2005, at 1:30 p.m.**

      IT IS SO ORDERED.

Dated:  June 27, 2005

                        /s/ Joseph C. Spero_____
                        JOSEPH C. SPERO
                        United States Magistrate Judge