Darryl Parker, SBN 95914
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| FANG FANG, | ) |
| Plaintiff, | ) No. C-05-00128 JCS |
| vs. | ) [~~PROPOSED~~] ORDER TO CHANGE HEARING DATE |
| GEAC ENTERPRISE SOLUTIONS, | ) |
| Defendants. | ) |

THE PARTIES, Plaintiff Fang Fang and Defendant Geac Enterprise Solutions, Inc., having stipulated to change the Telephonic Case Management Conference hearing date to November 4, 2005, it is therefore,

**ORDERED, ADJUDGED, AND DECREED** that the Telephonic Case Management Conference hearing will commence at 1:30 p.m. on November 4, 2005.

DATED this __6th__ day of October, 2005.

_____
The Honorable Joseph C. Spero

[~~PROPOSED~~] ORDER TO CHANGE HEARING DATE
(No. C-05-00128 JCS) - 1

**Premier Law Group PLLC**
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
(206) 285-1743- / FAX: (206) 599-6316