MELINDA S. RIECHERT, State Bar No. 65504
SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
GEAC ENTERPRISE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG FANG,<br><br>          Plaintiff,<br><br>vs.<br><br>GEAC ENTERPRISE SOLUTIONS, INC.,<br><br>          Defendant. | Case No. C-05-00128 JCS<br><br>**STIPULATION SELECTING MEDIATION AS ADR PROCESS AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION** |

On October 13, 2005, the parties participated in an Early Neutral Evaluation session. The parties would like to pursue mediation at this time. Counsel have met and conferred and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Court-Sponsored Mediation.

The parties would like to complete the mediation session in the next thirty (30) days, if possible, with a mediator experienced in employment law matters.

The parties further request that the mediation session be held jointly with another matter, i.e., *Wenhong Shang v. Geac Enterprise Solutions, Inc.*, N.D. Cal. Case No. 05-01803 PJH.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3562873.1

1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
(C-05-00128 JCS)

1  IT IS SO STIPULATED.

2

3  DATED: 10/18/05                    _____
                                       Darryl Parker
4                                      Attorney for Plaintiff Fang Fang

5  DATED: 10/18/05                    _____
                                       Shannon Thorne
6
7                                      Attorneys for Defendant Geac Enterprise
                                       Solutions, Inc.
8

9

10

11

12                          [~~PROPOSED~~] ORDER

13  Pursuant to the Stipulation above, the above-captioned matter is hereby referred to Court-Sponsored Mediation.

14  Deadline for the Court-Sponsored Mediation session: November 14, 2005.

15

16  IT IS SO ORDERED.

17  DATED: October 19, 2005            _____

18                                      The Honorable Joseph C. Spero
                                        United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

I-PA/3562873.1                             2                STIPULATION AND [~~PROPOSED~~] ORDER
                                                            SELECTING ADR PROCESS
                                                            (C-05-00128 JCS)