MELINDA S. RIECHERT, State Bar No. 65504
SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
GEAC ENTERPRISE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG FANG,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GEAC ENTERPRISE SOLUTIONS, INC.,<br><br>　　　　　　　Defendant. | Case No. C-05-00128 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Fang Fang ("Fang") and Defendant Geac Enterprise, Solutions, Inc. ("Geac"), by and through their respective counsel, file this Stipulation Extending the Deadline to Complete Mediation and Continuing the Date of the Case Management Conference.

　　　　**WHEREAS,** the deadline for the parties to complete mediation is currently set for November 14, 2005;

　　　　**WHEREAS,** the earliest date the assigned mediator, the parties, and their counsel are all available to attend the mediation is November 30, 2005;

　　　　**WHEREAS,** the parties have agreed to mediate the Fang action during a joint session with the parties in the *Shang v. Geac Enterprise Solutions, Inc.* action (No. C-05-01803 PJH) ("Shang action");

　　　　**WHEREAS,** the Honorable Phyllis J. Hamilton has ordered the parties to complete mediation in the Shang action no later than November 30, 2005;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3564109.1　　　　　　　　　　1　　　　　　　　STIPULATION AND ORDER EXTENDING
MEDIATION DEADLINE AND CASE MANAGEMENT
CONFERENCE - (C-05-00128 JCS)

1  WHEREAS, the parties have arranged for a mediation session to take place on November
2  30, 2005 in the Fang and Shang actions;
3  WHEREAS, the Case Management Conference is currently scheduled for November 4,
4  2005;
5  WHEREAS, the parties have agreed to continue the Case Management Conference until
6  after the mediation takes place;
7  WHEREAS, the parties request that the Court continue the deadline to complete
8  mediation from November 14, 2005 to November 30, 2005
9  WHEREAS, the parties request that the Court continue the Case Management
10 Conference from November 4, 2005 to December 9, 2005;
11 **IT IS SO STIPULATED.**

DATED: 10/27/05

_____
Darryl Parker
Attorney for Plaintiff Fang Fang

DATED: 10/27/05

_____
Shannon Thorne
Attorneys for Defendant Geac Enterprise Solutions, Inc.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline to complete mediation is extended from November 14, 2005 to November 30, 2005.

The Case Management Conference in this action is continued from November 4, 2005 at 1:30 p.m. to December 9, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: October 28, 2005

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3564109.1 — 2 — STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE - (C-05-00128 JCS)