**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FANG FANG,                                              No. C 05-00128 JCS

        Plaintiff(s),

        v.                                              **ORDER OF DISMISSAL**

GEAC ENTERPRISE SOLUTIONS,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: December 6, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge