Darryl Parker, SBN 95914
PREMIER LAW GROUP, PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
Telephone: (206) 285-1743
Facsimile: (206) 599-6316

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

| | | |
|---|---|---|
| FANG FANG, | ) | |
| | ) | |
| Plaintiff, | ) | No. C-05-00128 JCS |
| | ) | |
| vs. | ) | [PROPOSED] ORDER DISMISSING CASE |
| | ) | |
| GEAC ENTERPRISE SOLUTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Fang Fang and Defendant GEAC Enterprise Solutions having stipulated to the dismissal of plaintiff's claims, it is therefore;

**ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against defendant GEAC Enterprise Solutions are dismissed with prejudice.

DATED this _3rd_ day of ___January___, ~~2005.~~ 2006

_____
The Honorable Joseph C. Spero

[PROPOSED] ORDER DISMISSING CASE
(No. C-05-00128 JCS) - 1

**Premier Law Group PLLC**
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
(206) 285-1743- / FAX: (206) 599-6316